**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| EUGENE MCSWAIN, SR., as Independent Administrator of the Estate of EUGENE MCSWAIN, JR., deceased, | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 17 C 2181 |
| CITY OF CHICAGO, a Municipal Corporation; and GARY S. BUSH, star no. 20082, Individually and as an Employee of The CITY OF CHICAGO, | ) | JURY DEMAND |
| Defendants. | ) | |

**<u>DEFENDANTS' JOINT UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AND SUBSTITUTE ATTORNEYS</u>**

Defendant, City of Chicago ("City"), by its attorney, Edward N. Siskel, Corporation Counsel, moves this Honorable Court for leave to withdraw attorneys and substitute attorneys for the City of Chicago, and in support, states:

1. Plaintiff brought this Section 1983 action, and state claims, arising from the death of Eugene McSwain, Jr.

2. On June 6, 2016, Plaintiff filed his original Complaint in the Circuit Court of Cook County.

3. On March 20, 2017, Plaintiff filed an Amended Complaint, in which he added *Monell* claims, an indemnification claim, and a *respondeat superior* claim against Defendant City of Chicago. [Dkt. No. 1-1].

4. Presently, Attorneys Andrew M. Hale, Avi T. Kamionski, and Shneur Z. Nathan represent both the City of Chicago and the individual Defendant Officer Gary S. Bush.

5. The City moves to withdraw Attorneys Andrew M. Hale, Avi T. Kamionski, and Shneur Z. Nathan, from representing the City of Chicago in this case.

6. The City moves to substitute, Mikayla S. Hamilton, who recently filed an appearance for the City, and Dana O'Malley, as the new attorneys for Defendant City of Chicago, so that new separate counsel can represent the City in litigation of the newly-added *Monell* claim.

7. Granting this motion will not prejudice Plaintiff and is not presented for purposes of delay.

8. The undersigned spoke to Plaintiff's counsel, James Montgomery, Jr., on April 11, 2017, and he has no objections to this motion.

**WHEREFORE,** Defendant City of Chicago respectfully requests this Court grant it leave to substitute Dana O'Malley and Mikayla S. Hamilton, as the new attorneys for the City of Chicago and to withdraw Attorneys Andrew M. Hale, Avi T. Kamionski, and Shneur Z. Nathan from representation of Defendant City only, while retaining their respective appearances on behalf of Defendant Officer Gary S. Bush.

Dated: April 11, 2017

Respectfully submitted,

/s/ *Mikayla S. Hamilton*
Mikayla S. Hamilton
Assistant Corporation Counsel
Federal Civil Rights Litigation Division
City of Chicago, Department of Law
30 North LaSalle Street, Suite 900
Chicago, Illinois 60602
312.744.7630 (P)
312.744.6566 (F)
mikayla.hamilton@cityofchicago.org
Atty. No.: 6320743