# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| EUGENE MCSWAIN SR., ) | |
| ) | No. 17 C 02181 |
| Plaintiff, ) | |
| ) | Judge Jorge L. Alonso |
| vs. ) | |
| ) | |
| CITY OF CHICAGO and GARY ) | |
| S. BUSH, ) | Magistrate Judge Young B. Kim |
| ) | |
| Defendants. ) | |

### Motion for Leave to Withdraw as Attorney for Gary S. Bush

Attorney Matthew Hurd respectfully moves to withdraw his appearance as counsel in this matter. In support, the undersigned states:

1. The undersigned has filed an appearance on behalf of Defendant Gary S. Bush. The undersigned will no longer be working for the Hale Law LLC of June 1, 2018.
2. Additional attorneys currently represent Defendants and will continue to diligently and ably represent the defendants going forward in this matter. My motion to withdraw will not prejudice the representation of those defendants or cause any undue delay in this proceeding.
3. For the reasons discussed above, I respectfully request the Court grant my motion to withdraw as attorney and terminate my appearance for Defendant Gary S. Bush.
4. Respectfully submitted,

/s/ Matthew Hurd
Matthew Hurd
Hale Law LLC
53 W. Jackson, 330
Chicago, IL 60604
(312) 341-9646
Attorney No. 6191532

### Certificate of Service

I, the undersigned attorney, certify that I filed the foregoing motion using the Court's electronic filing system. As a result, copies of the filed document were served upon all counsel of record. I further certify that a courtesy copy of the filed document may have been provided to the Court depending upon the Court's standing order.

/s/ Matthew Hurd