IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| EUGENE MCSWAIN SR., | ) | |
| | ) | No. 17 C 02181 |
| Plaintiff, | ) | |
| | ) | Judge Jorge L. Alonso |
| vs. | ) | |
| | ) | |
| CITY OF CHICAGO and GARY | ) | |
| S. BUSH, | ) | Magistrate Judge Young B. Kim |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION**

**To:** All counsel of record

**Please take notice** that on May 23, 2018 I filed <u>Motion for Leave to Withdraw as Attorney for</u> Defendant Gary S. Bush.
using the Court's electronic filing system. A copy of the filed motion was served upon you electronically.

I shall appear before the Honorable Judge Aspen on **Tuesday, May 29, 2018 at 9:30 AM** to present this motion.

                                                                  Respectfully submitted,
                                                                  <u>/s/ Matthew Hurd</u>
                                                                  Matthew Hurd
                                                                  Hale Law LLC
                                                                  53 W. Jackson, 330
                                                                  Chicago, IL 60604
                                                                  (312) 341-9646
                                                                  Attorney No. 6191532

**Certificate of Service**

I, the undersigned attorney, certify that I filed the foregoing motion using the Court's electronic filing system. As a result, copies of the filed document were served upon all counsel of record. I further certify that a courtesy copy of the filed document may have been provided to the Court depending upon the Court's standing order.

                                                                   <u>/s/ Matthew Hurd</u>